1
2
3
4
5
6
7
8
9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

10
11
12
13
14
15
16
17

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:22-cv-05789-BHS** |
| **Plaintiff(s),** | |
| **v.** | **ANSWER AND AFFIRMATIVE DEFENSES** |
| **SUPER VAPE'Z, LLC., a corporation, and MARCO HOFFMAN, HEYDEE HOFFMAN, and JUDITH CRAMER,** | **Jury Trial: [X] Yes  [ ] No** |
| **Defendant(s)** | |

18
19
20
21
22
23
24
25
26
27
28
29

**THE DEFENDANTS, SUPER VAPE'Z, LLC., a corporation, and MARCO HOFFMAN and HEYDEE HOFFMAN'S, ANSWER TO THE COMPLAINT**

COMES NOW, Defendants, Super Vape'z, LLC., a corporation, and MARCO

HOFFMAN and HEYDEE HOFFMAN (hereinafter "Defendants Super Vape'z) by

and through their attorney of record, Pierre E. Acebedo, Acebedo & Johnson, LLC.

and answers Plaintiff's Complaint as follows:

1. Defendants Super Vape'z are without sufficient information to admit or deny the

   allegations contained in this paragraph and therefore deny the same.

2. Deny. Marco Hoffman and Heydee Hoffman should not be included in this

   lawsuit personally.

**ACEBEDO & JOHNSON, LLC**
112 Third St. SW, Puyallup, WA  98371
TELEPHONE: **(253) 445-4936**

3. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

4. Admit.

5. Admit.

6. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

7. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

8. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

9. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

10. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

11. No legal response is required for this paragraph.  To the extent an answer is required, the allegations are denied

12. No legal response is required for this paragraph.  To the extent an answer is required, the allegations are denied

13. No legal response is required for this paragraph.  To the extent an answer is required, the allegations are denied

14. No legal response is required for this paragraph.  To the extent an answer is required, the allegations are denied.

**ACEBEDO & JOHNSON, LLC**
112 Third St. SW, Puyallup, WA  98371
TELEPHONE: **(253) 445-4936**

15. No legal response is required for this paragraph. To the extent an answer is required, the allegations are denied

16. No legal response is required for this paragraph. To the extent an answer is required, the allegations are denied.

17. No legal response is required for this paragraph. To the extent an answer is required, the allegations are denied.

18. No legal response is required for this paragraph. To the extent an answer is required, the allegations are denied

19. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

20. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

21. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

22. Deny.

23. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

24. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

25. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

ACEBEDO & JOHNSON, LLC
112 Third St. SW, Puyallup, WA  98371
TELEPHONE: (253) 445-4936

26. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

27. Admit that Defendant, Marco Hoffman, "had a teleconference on May 17, 2021". As to the remaining allegations contained in this paragraph, Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

28. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.

Request for Relief

29. Defendants Super Vape'z are without sufficient information to admit or deny the allegations contained in this paragraph and therefore deny the same.


Defendants Super Vape'z denies any allegations contained in the Prayer/Request for Relief, if any.

## AFFIRMATIVE DEFENSES

**FURTHER ANSWER AND BY WAY OF DEFENSES**, Defendants Super Vape'z plead as follows:

1.  Statute of Limitations.

2.  Waiver, estoppel and laches.

3.  Failure to Mitigate Damages.

4.  Unclean Hands.

5.  Failure to meet necessary procedural requirements.

**ACEBEDO & JOHNSON, LLC**
112 Third St. SW, Puyallup, WA  98371
TELEPHONE: **(253) 445-4936**

6. Failure to comply with statutory requirements.

7. Improper parties. Defendants, Marco Hoffman and Heydee Hoffman are improper parties.

8. Request for Inspection of records is vague and overly broad.

9. Inspection of business records is not properly pled.

10. Failure to state a claim upon which relief can be granted.

11. Defendants Super Vape'z intend on relying upon other and further defenses as may become available during discovery proceedings in this matter, and hereby reserves the right to amend their Answers and assert such defenses.

Respectfully submitted,

DATED THIS **30ᵀᴴ** day of November, 2022.

ACEBEDO & JOHNSON, LLC.

Pierre E. Acebedo, WSBA #30011
Attorney for Super Vape'z, Marco Hoffman and Heydee Hoffman
**ACEBEDO & JOHNSON, LLC**
112 3ʳᵈ Street SW, Puyallup, WA 98371
Telephone – (253) 445-4936
Facsimile – (253) 845-0644
pacebedo@gmail.com